IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| RALPH MAXWELL | : | CRIMINAL NO. 22-127 |
| | : | |
| | : | |

**ORDER**

AND NOW, this __24th__ day of __February__, 2023, upon consideration of the government's Unopposed Motion to Dismiss Count Five of the Indictment, it is hereby ORDERED that the Government's Motion is GRANTED.

BY THE COURT:

s/ R. Barclay Surrick

HONORABLE R. BARCLAY SURRICK
*Senior Judge, United States District Court*